Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California 95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
ROBERT W. ZUCHOWSKI

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT W. ZUCHOWSKI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>OSI COLLECTION SERVICES, INC., a Delaware corporation,<br><br>　　　　　　Defendants. | Case No. C06-06178-JW-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, ROBERT W. ZUCHOWSKI, and Defendant, OSI COLLECTION SERVICES, INC., stipulate, and the Court hereby orders, as follows:

　　　　1.　　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, ROBERT W. ZUCHOWSKI, against Defendant, OSI COLLECTION SERVICES, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated:  March 19, 2007 　　　　　　　　　　　　/s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　ROBERT W. ZUCHOWSKI

Dated:  March 19, 2007 　　　　　　　　　　　　/s/ Alex Graft
　　　　　　　　　　　　　　　　　　　　　　　　Alex Graft, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　OSI COLLECTION SERVICES, INC.

1 | THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

3 | Dated: 3/23/2007

*/s/ James Ware*

The Honorable James Ware
Judge of the District Court